F.Y. v Niagara Falls City Sch. Dist. (2023 NY Slip Op 00540)

F.Y. v Niagara Falls City Sch. Dist.

2023 NY Slip Op 00540

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

129 CA 22-00088

[*1]F.Y., PLAINTIFF-RESPONDENT,
v
NIAGARA FALLS CITY SCHOOL DISTRICT AND NIAGARA FALLS CITY SCHOOL DISTRICT BOARD OF EDUCATION, DEFENDANTS-APPELLANTS. 

SHAUB, AHMUTY, CITRIN & SPRATT, LLP, LAKE SUCCESS (NICHOLAS TAM OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
WEITZ & LUXENBERG, P.C., NEW YORK CITY (JARED LACERTOSA OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered November 29, 2021. The order, insofar as appealed from, denied in part the motion of defendants to dismiss the complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 6, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court